478 A.2d 68

Barrett v. City of Pgh., Appellant.

Argued February 29, 1984. James Thomas, Jr., for appellant; Clyde T. Mac Vay, for appellee.

Before BROSKY, TAMILIA and MONTGOMERY, JJ.

Order affirmed.